# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00401-CV

**John Rady, Appellant**

**v.**

**Bridge Investments, L.P., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-11-003657, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This Court granted appellant John Rady's motion to extend time to file his brief until November 9, 2012. On January 11, 2013, this Court sent notice to Rady that his brief was overdue and that his appeal would be dismissed for want of prosecution if he did respond to this Court by January 22, 2013. To date, Rady has not responded to the Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed:   March 1, 2013